AO 91 (Rev. 11/11) Criminal Complaint                    AUSA Timothy J. Chapman (312) 353-1925

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

UNITED STATES OF AMERICA

v.

DANA BRIGGS

CASE NUMBER: 25 CR 610

**FILED**

**SEP 2 9 2025**

MAGISTRATE JUDGE
GABRIEL A. FUENTES

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about September 27, 2025, at Broadview, in the Northern District of Illinois, Eastern Division, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 111(a)(1) | Defendant forcibly assaulted, resisted, opposed, impeded, and interfered with a person designated in Title 18, United States Code, Section 1114, namely, an officer and employee of the United States, while engaged in the performance of their official duties and such acts involved physical contact with the victim of that assault. |

This criminal complaint is based upon these facts:

 _X_  Continued on the attached sheet.

EDGAR DEL RIVERO    Digitally signed by EDGAR DEL RIVERO
                    Date: 2025.09.29 11:27:06 -05'00'

EDGAR DEL RIVERO
Special Agent, Homeland Security Investigations (HSI)

Pursuant to Fed. R. Crim. P. 4.1, this Complaint is presented by reliable electronic means. The above-named agent provided a sworn statement attesting to the truth of the Complaint and Affidavit by telephone.

Date: September 29, 2025

_Judge's signature_

City and state: Chicago, Illinois

GABRIEL A. FUENTES, U.S. Magistrate Judge
_Printed name and title_

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

## AFFIDAVIT

## I.    Introduction

I, EDGAR DEL RIVERO, being duly sworn, state as follows:

1.    I am a Special Agent with Homeland Security Investigations ("HSI"), and have been so employed for approximately 2.5 years. My current responsibilities include the investigation of human smuggling and human trafficking crimes. I have completed 25 weeks of extensive training at the Federal Law Enforcement Training Center in Glynco, Georgia. Prior to my tenure as a Special Agent, I was a United States Border Patrol Agent and a Deportation Officer for Immigration and Customs Enforcement ("ICE"), Enforcement and Removal Operations. I have been in continuous employment by the United States Government as a law enforcement officer for approximately 17 years.

2.    This affidavit is submitted in support of a criminal complaint charging defendant DANA BRIGGS ("BRIGGS") with a violation of Title 18, United States Code, Section 111(a)(1). Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant committed the offense alleged in the criminal complaint.

3.      This affidavit is based on my personal knowledge, information provided to me by other law enforcement agents, my review of video recordings taken by third parties posted to YouTube, body-worn camera ("BWC") footage, and my training and experience.

## II.      Facts Supporting Probable Cause

4.      On September 27, 2025, a large crowd gathered in protest of ongoing immigration enforcement operations being conducted by law enforcement authorities in the Northern District of Illinois. The crowd gathered in protest in front of an entrance to an ICE facility located on Beach Street in Broadview, Illinois (hereinafter the "Broadview Facility"). Agents from the United States Border Patrol ("USBP") were working in and around the Broadview Facility to ensure the safe passage of vehicles and personnel into and out of the Broadview Facility. This included performing various crowd control functions outside the Broadview Facility.

5.      The entrance to the Broadview Facility at issue includes a large metal security gate that opens onto a public street. Personnel working at the Broadview Facility routinely utilized the entrance gate to move personnel and vehicles into and out of the Broadview Facility. Individuals standing in the street during these operations created an impediment to the movement of federal government personnel and vehicles into or out of the Broadview Facility. As a result, USBP agents routinely instructed protestors, at the risk of arrest, to leave the street area when USBP agents, in the exercise of their lawful authority, needed to utilize the street in furtherance of their operations.

2

6.      As reflected in video recordings made by third-parties and later posted to YouTube, at approximately 5:40 pm (Central Time) on September 27, 2025, USBP agents, while facing outward toward protestors, were moving backward from the street into the Broadview Facility. BRIGGS was one of multiple protestors who remained in the street facing the USBP agents and walking toward them as they retreated toward the open gate of the Broadview Facility gate. BRIGGS was located several feet from the USBP agents.

7.      Prior to all of the USBP agents entering the Broadview Facility, for operational reasons, USBP agents began moving back out of the Broadview Facility into the street. As they did so, and as captured on videos posted to YouTube, USBP agents ordered all persons in the street, including BRIGGS, to leave the street to facilitate the movement of personnel and vehicles out of the Broadview Facility and into the public street.

8.      However, rather than move out of the street as instructed, BRIGGS remained stationary in the street shouted "Why?" toward a USBP agent. That USBP agent then made physical contact with BRIGGS, who fell backwards onto the street. Agents then moved forward to arrest BRIGGS for refusing to follow the USBP agent's order for him to leave the street. As reflected in one YouTube video I have seen, as agents begin to arrest BRIGGS, he attempted to hand his phone to another protestor. At that moment, another USBP agent ("Victim A"), wearing a USBP uniform that bore insignia identifying Victim A as a USBP agent, reached forward with Victim A's left arm to prevent BRIGGS from handing off his phone. In response, BRIGGS swung

3

his right arm toward Victim A's left arm and, in doing so, made physical contact with Victim A's left arm. BRIGGS' act of swinging his right arm toward Victim A's left arm and striking Victim A's left arm (which resulted in an audible slapping noise) is depicted in the YouTube video. Thereafter, BRIGGS was arrested without incident.

9.     On September 27, 2025, an HSI case agent briefly interviewed Victim A who told the HSI case agent that BRIGGS made contact with Victim A and, in doing so, caused Victim A to experience pain in Victim A's wrist.

10.     On September 28, 2025, an HSI case agent conducted a second interview of Victim A, which included review of the YouTube video with footage that depicted BRIGGS swinging his right arm toward Victim A's left arm. Victim A confirmed that it was Victim A's left arm that was depicted in the video and that, it was during this portion of the video that BRIGGS made contact with Victim A.

11.     Various USBP agents were equipped with BWCs at the time of BRIGGS' arrest, although not all of the agents, including Victim A, had their BWC operating at the time of the incident. Affiant has procured and reviewed the BWC of the USBP agent who physically interacted with BRIGGS prior to his arrest. Due to the position of BRIGGS' body relative to that agent at the time of BRIGGS' arrest, that BWC does not depict BRIGGS swinging his arm in the direction of Victim A.

III.   Conclusion

12.     Based on the above information, I submit there is probable cause to believe that on or about September 27, 2025, DANA BRIGGS forcibly assaulted, resisted, opposed, impeded, and interfered with an officer of the United States, as

designated in Title 18, United States Code, Section 1114, more specifically, a USBP

agent, who was engaged in the performance of their official duties, and in doing so,

DANA BRIGGS made physical contact with the agent, all in violation of Title 18,

United States Code, Section 111(a)(1).

FURTHER AFFIANT SAYETH NOT.

EDGAR DEL RIVERO    Digitally signed by EDGAR DEL RIVERO
Date: 2025.09.29 11:28:12 -05'00'

EDGAR DEL RIVERO
Special Agent, U.S. Immigration and
Customs Enforcement

SWORN TO AND AFFIRMED by telephone September 29, 2025.

HONORABLE GABRIEL A. FUENTES
United States Magistrate Judge

5