## IN THE UNITED STATES DISTRICT COURT FOR
## THE NORTHERN DISTRICT OF ILLINOIS

**United States of America**           )
    Plaintiff(s),                          )
                         )      Case  No: 1:25-cr-610
         v.                              )      Magistrate  Judge Gabriel A. Fuentes
                         )
**Dana Briggs**                        )
    Defendant(s),                         )

### ORDER

    Initial appearance held. Defendant Dana Briggs appears in response to an arrest on 9/27/25. Based on review of the tendered financial affidavit, the Court finds that Defendant is unable to afford counsel. Enter Order appointing Attorney Akane Tsuruta of the Federal Defender Program as counsel for Defendant. Defendant advised of charges and informed of his rights and of prosecutorial obligations per Rule 5(d) and (f). The government and defendant agree on conditions of release, which the Court accepts. The government did not make a motion for detention and did not seek a detention hearing. Defendant was admonished of the conditions of release on the record. Defendant released on a $10,000 unsecured appearance bond with conditions. Defendant is ordered released after processing. Enter Order Setting Conditions of Release. The defendant does not waive preliminary hearing at this time. Preliminary hearing is set for 11:30 a.m. on 10/10/25 in Courtroom 1342.

(00:25)


Date: 9/29/2025                                    /s/ _Gabriel A. Fuentes_
                                             Gabriel A. Fuentes
                                           United States Magistrate Judge