# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

UNITED STATES OF AMERICA

                    Plaintiff,

v.                                          Case No.: 1:25–cr–00610

                                            Honorable Gabriel A. Fuentes

Dana Briggs

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 9, 2025:

      MINUTE entry before the Honorable Gabriel A. Fuentes as to Dana Briggs: The scheduled preliminary hearing, set for 11:30 a.m. on 10/10/25 in Courtroom 1342 of the Dirksen U.S. Courthouse, is converted to an arraignment on the misdemeanor information (doc. #[9]), which has been filed in the case. The parties remain ordered to appear at that time. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.