IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **United States of America** | ) | |
| Plaintiff(s), | ) | |
| | ) | Case No: 1:25-cr-610 |
| v. | ) | Magistrate Judge Gabriel A. Fuentes |
| | ) | |
| **Dana Briggs** | ) | |
| Defendant(s), | ) | |

## ORDER

    Initial appearance and arraignment proceedings held on 10/10/25. Defendant was advised of the misdemeanor charge in the information and informed of his rights under Rule 58(b)(2). The entered release order (doc. #[6]) stands. The government makes an oral motion to dismiss the complaint (doc. #[1]). The oral motion to dismiss the complaint is granted without objection. The case will proceed under the filed misdemeanor information (doc. #[9]). Further, the government confirmed on the record that the complaint affiant swore under oath that the affiant had reviewed video evidence that corroborated the complaint's version of events, and the Court confirmed that such sworn affirmation was a substantial part of the basis for the Court's initial determination of probable cause on the complaint. By the Court's inherent supervisory authority to regulate the administration of criminal justice among the parties before the bar, see United States v. Linder, No. 12 CR 22, 2013 WL 812380, at *27 (N.D. Ill. Mar. 5, 2013) (Kendall, J.), the Court directed the government to submit for in camera review the videos referenced in the complaint in this case and in the complaint in 25 CR 607, by the end of the day. The government complied (doc. #[12]) with that order, and the Court reviewed the aforementioned video evidence in camera. Under Fed. Crim. P. Rule 5.1(a)(4), no preliminary hearing was held on the complaint (doc. #[1]), per its dismissal and per the filing of the Information.

(00:20)

Date: 10/10/2025

/s/ *Gabriel A. Fuentes*
Gabriel A. Fuentes
United States Magistrate Judge