IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA | No. 25 CR 610 |
|---|---|
| v. | |
| DANA BRIGGS | Judge Gabriel A. Fuentes |

## **DEFENSE EXHIBIT LIST**

Mr. Dana Briggs, by the Federal Defender Program and its attorneys, Akane Tsuruta and Mary Judge, respectfully submits the following exhibit chart:

| No. | Date | Description | Relevance | Objection |
|---|---|---|---|---|
| A | 9/27/2025 | Stills from videos produced in discovery. | Depicts the day of the alleged assault and arrest. | |
| B | 9/27/2025 | Body-worn camera video of agents present and in close proximity on the day of the alleged assault (names yet to be disclosed by the government, photos provided to the government for purposes of identification). | Depicts the day of the alleged assault and arrest. | [Potential] |
| C | 9/27/2025 | Loyola Medicine Hospital records of treatment of Mr. Briggs's post-arrest injuries. | Probative of Mr. Briggs's intent and reasonable fear. | Rule 402: Relevance |

1

| D | 10/3/2025 | Photos of Mr. Briggs's injuries. | Probative of Mr. Briggs's reasonable fear. | Rule 402: Relevance |
|---|---|---|---|---|

                        Respectfully submitted,

                        FEDERAL DEFENDER PROGRAM
                        John Murphy
                        Executive Director

By:    /s/ *Akane Tsuruta* and *Mary Judge*
        Akane Tsuruta and Mary Judge
        Attorneys for Dana Briggs

FEDERAL DEFENDER PROGRAM
55 E. Monroe St., Suite 2800
Chicago, Illinois 60603
(312) 621-8328

## CERTIFICATE OF SERVICE

The undersigned, <u>Akane Tsuruta</u>, and <u>Mary Judge,</u> an attorney with the Federal Defender Program hereby certifies that in accordance with FED.R.CRIM. P. 49, FED. R. CIV. P5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document(s):

## DEFENSE EXHIBIT LIST

was served pursuant to the district courts ECF system as to ECF filings, if any, and were sent by first-class mail/hand delivery on <u>November 19, 2025</u>, to counsel/parties that are non-ECF filers.

                        By:    /<u>s/ *Akane Tsuruta* and *Mary Judge*</u>
                                 Akane Tsuruta and Mary Judge
                                 Attorneys for Dana Briggs