# EXHIBIT A

## **JUROR QUESTIONNAIRE**

**I.     BACKGROUND INFORMATION**

1. Juror Number: _____

2. State your full name: _____

3. State your age: _____

4. Where do you live? (No need to state the address, just the town, suburb or city in which you live. If Chicago, please identify what neighborhood or part of Chicago, for example, South Shore, Rogers Park, etc.)

   _____

5. How long have you lived at your current address? _____

6. How long have you lived in Illinois? _____

7. Do you own or rent your home? _____

8. Who lives with you? _____

9. Are you currently: (check all that apply)

   _____ Single, Never Married

   _____ Married

   _____ Separated

   _____ Divorced

   _____ Widowed

   _____ Living with a Partner / Significant Other

10. Do you have any children or stepchildren? _____ Yes _____ No

    If YES, provide the number of such children and their ages: _____

    _____

    _____

1

11. What is your educational background?

   _____ Some high school or less

   _____ High School Diploma or GED

   _____Some college or vocational school

   _____ Associate or bachelor's degree

   _____ Master's degree

   _____ Doctorate or other post graduate degree

12. Have you served in the military or ROTC?

   _____ Yes _____ No

   If so, what branch, years of service, rank, duties, and what type of discharge did you receive?

   _____

13. What is your current occupation (include name of employer, nature of work and title of position(s), and length of time at employer)? If you are retired, what did you do before you were retired?

   _____

   _____

14. What other jobs have you had in your working life going back 10 years (include name of employer, nature of work and title of position(s), and length of time at employer)?

   _____

   _____

15. Provide the present occupation (and prior jobs going back 10 years) for your spouse and any other adults living in the household, as well as for any adult children not living in the household.

   _____

   _____

   _____

16. Have you ever had any legal training or law courses, or have you ever worked in a law office?

    _____ Yes _____ No

17. Do you have any relatives or close friends who work with or are lawyers that practice in the area of criminal law or who are private investigators?

    _____ Yes _____ No

18. Have you ever retained a lawyer? If yes, please indicate if the matter was criminal or civil in nature.

    _____ Yes _____ No

    _____ Criminal _____ Civil

II. **ABILITY TO SERVE**

19. Do you hold any philosophical or religious beliefs that would prevent you from sitting in judgment of another person?

    _____ Yes _____ No

20. Both parties in this case—the defendant and the United States—are entitled to a fair trial. Part of that process of a fair trial will be following the Court's instructions about the law applicable to this case. If you become a juror in this case, it will be your obligation to follow the Court's instructions about the law whether you agree with the law or not. Are you able to commit to following the law given to you by this Court and applying it to the evidence you hear in reaching a verdict, even if you disagree with the law?

    _____ Yes _____ No

III. **PERSONAL INTERESTS**

21. What are your major outside interests and hobbies?

    _____

    _____

    _____

22. What groups, clubs or organizations do you belong to? Do you hold any position of authority in them?

   _____

23. What television shows do you regularly watch and/or radio programs that you regularly listen to?

   _____

24. Are you active on social media? ____ Yes ____ No

   If yes, what platforms do you use? (For example, Facebook, X (formerly known as Twitter, Instagram, etc.)

   _____

   _____

   _____

25. How often do you post on the internet?

   ____ Every Day

   ____ Almost every day

   ____ Several times a week

   ____ Several times a month

   ____ Never

26. When you use the internet, what websites do you typically visit?

   _____

   _____

   _____

27. How interested are you in, and how closely do you follow, federal, state or local politics?

   _____ very interested in and closely follow

   _____ somewhat interested in and somewhat follow

   _____ not at all interested in and do not follow

28. Do you follow the news on a regular basis? \_\_\_\_ Yes \_\_\_\_ No

    If yes, check all the news you follow on a regular basis:

    \_\_\_\_ World News          \_\_\_\_ Domestic (US) news

    \_\_\_\_ Local news           \_\_\_\_ Business/financial news

    \_\_\_\_ Sports news          \_\_\_\_ Entertainment news

    \_\_\_\_ Other news (please specify): _____

29. What are the most important sources of news for you? Please also identify the newspaper, website, and/or television channel you most commonly read/watch.

    \_\_\_\_ Newspapers          \_\_\_\_ TV

    \_\_\_\_ Radio                \_\_\_\_ Magazines

    \_\_\_\_ Friends and family   \_\_\_\_ Internet

    \_\_\_\_ Podcasts             \_\_\_\_ Opinion blogs

    \_\_\_\_ X (formerly Twitter) \_\_\_\_ Social media

    \_\_\_\_ YouTube              \_\_\_\_ Other

    _____

    _____

    _____

30. If you are selected as a juror in this case, the Court will instruct you not to read, listen to or watch any news media accounts of the trial, including those on the internet. Will you have any difficulties following this instruction? _____ Yes _____ No

IV. **PRIOR JURY SERVICE**

31. Have you served on a jury before?

    _____ Yes _____ No

    If you answered yes, were you a:

  _____ Juror in a criminal trial

  _____ Juror in a civil trial

  _____ Grand juror

32. If you have served as a trial juror before, were you the foreperson?

  _____ Yes _____ No

33. If you have served as a trial juror before, did you reach a verdict? (Do NOT disclose what the verdict was).

  _____ Yes _____ No

## V. LEGAL SYSTEM EXPERIENCE

34. Have you, a family member, or a close personal friend had any experience with law enforcement officers, either positive or negative, that might affect your ability to be fair and impartial in this case?

  _____ Yes _____ No

If yes, please explain: _____

_____

_____

\_\_\_\_\_

35. Have you, a family member, or a close personal friend ever been arrested and/or a defendant in a criminal case? If **YES**, please indicate: (a) the individual's relationship to you; (b) the nature of the offense; and (c) the disposition. Also, please answer the additional question below.

If yes, please explain: _____

_____

_____

Did this experience leave you with a negative, positive, or neutral impression of judges, the judicial system, law enforcement officers, prosecutors, or defense attorneys? _____

_____

_____

36. Have you, a family member, or a close personal friend ever been a witness and/or a victim in a criminal case? If so, was there anything about that experience that would prevent you from being fair and impartial in this case?

   _____ Yes _____ No

   If yes, please explain: _____

   _____

   _____

37. Have you, a family member, or a close friend been a party to or a witness in a civil lawsuit or administrative action? If so, please state the type of proceeding(s), date(s), and nature of your involvement (plaintiff, defendant, witness, etc.). Is there anything about that experience that would prevent you from being fair and impartial in this case?

   _____ Yes _____ No

   If yes, please explain: _____

   _____

   _____

## VI. ADDITIONAL QUESTIONS

38. Have you, a family member, or a close friend ever been employed by the federal government or any federal government agency?

    _____ Yes _____ No

    If yes, please identify the person, agency, job and years of service: _____

    _____

    _____

39. Have you, a family member, or a close friend ever worked for or applied to work in law enforcement?

    _____ Yes _____ No

    If yes, please identify the person, agency, job and years of service: _____

    _____

    _____

40. Would you give the testimony of a law enforcement officer more or less weight simply because the witness is a law enforcement officer?

    _____ Yes _____ No

41. Do you have any strong feelings about the federal government's enforcement of immigration laws that might make it difficult for you to be fair and impartial in this case?

    _____ Yes _____ No

    If yes, please explain: _____

    _____

    _____

8

42. Do you have any strong feelings about the Department of Homeland Security or any of its agencies, to include Immigration and Customs Enforcement (commonly known as "ICE") and United States Border Protection, that might make it difficult for you to be fair and impartial in this case?

    _____ Yes _____ No

    If yes, please explain: _____

    _____

    _____

43. Have you heard about an immigration enforcement initiative called "Operation Midway Blitz?" If so, please state your understanding of the initiative and whether you have any strong feelings about the initiative that might make it difficult for you to be fair and impartial in this case?

    _____ Yes _____ No

    If yes, please explain: _____

    _____

44. Do you have any strong feelings about individuals who protest the federal government's enforcement of immigration laws that might make it difficult for you to be fair and impartial in this case?

    _____ Yes _____ No

    If yes, please explain: _____

    _____

    _____

## VII. CONCLUDING QUESTIONS

45. Is there anything not asked above that you think might be important for us to know about your ability to serve as a juror in this case?

    _____ Yes _____ No

    If yes, please explain: _____

46. Is there any matter that you would prefer to discuss privately?

    _____ Yes _____ No

## JUROR'S OATH

I declare under penalty of perjury that the answers set forth in this Jury Questionnaire are true and correct to the best of my knowledge and belief. I have not discussed my answers with others or received assistance in completing this questionnaire.

Signature: _____

Print Name: _____

Please use the space below to finish any of your answers. Please specify the number of any questions to which you are completing an answer.