IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DANA BRIGGS | No. 25 CR 610<br><br>Judge Gabriel A. Fuentes |

### DEFENSE WITNESS LIST

Mr. Dana Briggs, by the Federal Defender Program and its attorneys, Akane Tsuruta and Mary Judge, respectfully submits the following witness list:

(a)     Witnesses who will be called:

1. Dana Briggs.

2. Gregory Bovino: Potential occurrence witness, may provide background testimony concerning immigration activities occurring at the Broadview Facility at or near the alleged date of the occurrence, and potential impeachment witness.

3. Other Border Patrol agents present and in close proximity at time of alleged assault (names yet to be disclosed by the government, photos provided to the government for purposes of identification): Potential occurrence witnesses, may provide background testimony concerning immigration

1

      activities occurring at the Broadview Facility at or near the alleged date of the occurrence, and potential impeachment witness.

    4. Custodian of records from Loyola Medicine.

(b)   Witnesses who might be called:

    1. Frances Resto: Federal Defender Program Investigator who gathered records and documents.

    2. Brad Stallings: Federal Defender Program Investigator who took photographs of Mr. Briggs's arrest injuries.

                              Respectfully submitted,

                              FEDERAL DEFENDER PROGRAM
                              John Murphy
                              Executive Director

                   By:   /s/ *Akane Tsuruta* and *Mary Judge*
                              Akane Tsuruta and Mary Judge
                              Attorneys for Dana Briggs

FEDERAL DEFENDER PROGRAM
55 E. Monroe St., Suite 2800
Chicago, Illinois 60603
(312) 621-8328

## CERTIFICATE OF SERVICE

The undersigned, <u>Akane Tsuruta</u>, and <u>Mary Judge,</u> an attorney with the Federal Defender Program hereby certifies that in accordance with FED.R.CRIM. P. 49, FED. R. CIV. P5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document(s):

## DEFENSE WITNESS LIST

was served pursuant to the district courts ECF system as to ECF filings, if any, and were sent by first-class mail/hand delivery on <u>November 19, 2025</u>, to counsel/parties that are non-ECF filers.

By:     <u>/s/ *Akane Tsuruta* and *Mary Judge*</u>
              Akane Tsuruta and Mary Judge
              Attorneys for Dana Briggs