UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DISTRICT

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DANA BRIGGS | No. 25 CR 610<br><br>Judge Gabriel A. Fuentes |

GOVERNMENT'S MOTION TO DISMISS

The UNITED STATES OF AMERICA, by ANDREW S. BOUTROS, United States Attorney for the Northern District of Illinois, respectfully moves, pursuant to Federal Rule of Criminal Procedure 48(a), to dismiss the information in the above-captioned matter and to exonerate the defendant's bond.

    Respectfully submitted,

    ANDREW S. BOUTROS
    United States Attorney

By:   */s/ Timothy J. Chapman*
      TIMOTHY J. CHAPMAN
      Assistant United States Attorney
      219 South Dearborn Street, Fifth Floor
      Chicago, Illinois 60604