# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

UNITED STATES OF AMERICA
Plaintiff,

v.   Case No.: 1:25−cr−00610
Honorable Gabriel A. Fuentes

Dana Briggs
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 20, 2025:

    MINUTE entry before the Honorable Gabriel A. Fuentes as to Dana Briggs: The Court, in a joint telephonic communication with counsel for the government and the defense after today's dismissal hearing, clarified that: (1) the defense requests that the dismissal of the information be with prejudice, and (2) the government does not oppose dismissal of the information with prejudice. The issue remains under advisement. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.